## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOSE ANIBAL SALGUERO ARGUETA,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | **Civil Action No.** |
| **v.** ) | **26-10089-FDS** |
| ) | |
| **DAVID WESLING, et al.,** ) | |
| ) | |
| **Respondents.** ) | |

### <u>ORDER CONCERNING STATUS REPORT</u>

**SAYLOR, J.**

Petitioner Jose Anibal Salguero Argueta, an immigration detainee currently being held at Plymouth County Correctional Facility in Plymouth, Massachusetts, has filed, through counsel, a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner seeks immediate release or, in the alternative, an individualized bond hearing before a neutral administrator. (Dkt. No. 1),

The Court ordered respondents to answer or respond to the petition by January 20, 2026. (Dkt. No. 4). Respondents were further ordered to address whether, in light of this Court's decision in *De Andrade v. Moniz*, 2025 WL 2841844 (D. Mass. Oct. 7, 2025) and *Dume Rivera et al. v. Moniz*, 2025 WL 3198419 (D. Mass. Oct. 16, 2025), petitioner here was entitled to the same relief. (*Id.*).

In their answer, respondents conceded "that the legal issues presented in the Petition are similar to those recently addressed by this Court in *De Andrade v. Moniz*" and "[s]hould the Court follow its reasoning in *De Andrade*, it would reach the same result here." (Dkt. No. 5). Respondents also informed the Court that, according to U.S. Immigration and Customs

Enforcement, petitioner has a bond hearing scheduled in immigration court on January 22, 2026. (*Id.*).

Because any determination resulting from the January 22 hearing may materially affect the outcome of this proceeding, respondents are directed to file, on or before the close of business Wednesday, January 28, 2026, a status report concerning whether petitioner's bond hearing has occurred and, if so, its determination.  If the proceeding has not yet resulted in any determination, respondents shall so report and shall file an updated status report within 48 hours of any such determination.

**So Ordered.**

/s/  F. Dennis Saylor IV
F. Dennis Saylor IV
Dated:  January 23, 2026            United States District Court Judge